Gregory DAVIS, Plaintiff—Appellant,

v.

UNITED STATES of America; United States Department of Justice; United States Federal Bureau of Prisons; Federal Correctional Institution, Gilmer; John Doe Mail Room Staff Employees, Defendants—Appellees.

No. 08–6013.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2008.

Decided: March 28, 2008.

Gregory Davis, Appellant Pro Se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Davis appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. USA,* No. 1:07–cv–00063–IMK–JES, 2007 WL 3473275 (N.D.W.Va. Nov. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*